Whelan v Buffalo Mun. Hous. Auth. (2023 NY Slip Op 04873)

Whelan v Buffalo Mun. Hous. Auth.

2023 NY Slip Op 04873

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, OGDEN, NOWAK, AND DELCONTE, JJ.

679 CA 22-01311

[*1]THOMAS R. WHELAN AND JENNIFER S. WHELAN, PLAINTIFFS-APPELLANTS,
v
BUFFALO MUNICIPAL HOUSING AUTHORITY, DEFENDANT-RESPONDENT. 

THE CAVALL LAW FIRM PLLC, WILLIAMSVILLE (DIANA B. CAVALL OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.
COLUCCI & GALLAHER, P.C., BUFFALO (JOHN J. MARCHESE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered March 10, 2022. The order denied plaintiffs' motion for partial summary judgment on the issue of liability. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court